UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLORIA LEONARES,

        Plaintiff,

    v.

WELLS FARGO BANK, N.A.;
WESTERN RECONVEYANCE
CORPORATION; and
DOES 1 to 100, inclusive,

        Defendants.
_____/

NO. CIV. S-10-2012 LKK/KJM

O R D E R

    Plaintiff in this case brings claims arising out of his mortgage. Defendant Wells Fargo Bank, N.A. has filed a motion to dismiss noticed for hearing on October 12, 2010. Pursuant to Local Rule 230(c), plaintiff's opposition or statement of non-opposition was due on September 28, 2010. Plaintiff has not filed an opposition or statement of non-opposition.

    Based on the above, the court ORDERS as follows:

1. Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance

1

1  with Local Rule 110, including a fine of $150 and/or
2  dismissal of this case. <u>See also</u> Fed. R. Civ. P. 41(b),
3  <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 633 (1962). Counsel
4  shall file a response to this order to show cause no
5  later than October 8, 2010.
6  2. Hearing on defendant's motion to dismiss (Dkt. No. 6) is
7  CONTINUED to October 25, 2010 at 10:00 a.m.
8  3. Plaintiff shall file and serve his opposition or
9  statement of non-opposition on or before October 11,
10 2010. Defendant may file and serve a reply no later
11 than October 18, 2010.
12 IT IS SO ORDERED.
13 DATED: October 4, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2