UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLORIA LEONARES,

        Plaintiff,

   v.

WELLS FARGO BANK, N.A.;
WESTERN RECONVEYANCE
CORPORATION; and
DOES 1 to 100, inclusive,

        Defendants.
_____/

NO. CIV. S-10-2012 LKK/KJM

O R D E R

    This is an action to enjoin foreclosure on plaintiff's home. Plaintiff alleges that defendants violated RESPA while brokering a refinance of her home in Vallejo, CA, that defendants negligently misrepresented the character of the transaction and breached their fiduciary duty to plaintiff. The case was originally filed in Solano County Superior court. Defendant Wells Fargo removed the case to federal court and has filed a motion to dismiss. The motion was originally set for hearing on October 12, 2010, but plaintiff did not timely file an opposition or a notice of non-opposition.

1

This court ordered plaintiff's counsel, to show cause why sanctions should not issue and why the case should not be dismissed based on plaintiff's failure to file an opposition or statement of non-opposition to the motion to dismiss. The order also continued the hearing to October 25, 2010, and directed the plaintiff to file and serve an opposition or statement of non opposition on or before October 11, 2010.  Order, October 4, 2010, ECF No. 11.

    Plaintiff's counsel timely responded to the order to show cause, but has still not filed an opposition or statement of non-opposition to the motion to dismiss. In the response to the order to show cause, plaintiff's counsel indicated that he planned to file an amended complaint, but that a family emergency prevented him from doing so by the court's deadlines. Counsel did not explain how his family emergency prevented him from filing an opposition or statement of non-opposition, and has therefore not shown cause for why sanctions should not issue.  To this date, plaintiff has not filed for leave to amend the complaint, nor has plaintiff filed an opposition to defendant's motion to dismiss. However, the Federal Rules of Civil Procedure instruct courts to "freely give leave [to amend pleadings] when justice so requires." Fed. R. Civ. P. 15 (a)(2). For this reason, the court construes plaintiff's response to the order to show cause as a motion for leave to file an amended complaint. The court grants the motion for leave. Plaintiff shall file his amended complaint within seven (7) days of the issuance of this order.

////

1   The court therefore ORDERS as follows:
2       [1] Counsel for plaintiff is SANCTIONED in the amount of
3   one hundred and fifty ($150.00) dollars. This sum shall
4   be paid to the Clerk of the Court no later than thirty
5   (30) days from the date of this order. Counsel shall
6   file an affidavit accompanying the payment of this
7   sanction which states that it is paid personally by
8   counsel, out of personal funds, and is not and will not
9   be billed, directly or indirectly, to the client or in
10  any way made the responsibility of the client as
11  attorneys' fees or costs.
12      [2] Wells Fargo's motion to dismiss, ECF No. 6, is
13  GRANTED.
14      [3] The court construes ECF No. 12, plaintiff's response
15  to the order to show cause, as a motion for leave to
16  amend and the court GRANTS plaintiff leave to amend the
17  complaint.
18      [4] Plaintiff is ORDERED to file an amended complaint
19  within seven (7) days of issuance of this order. Failure
20  to timely file an amended complaint will result in all
21  claims against Wells Fargo being dismissed.
22  IT IS SO ORDERED.
23  DATED: October 15, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3