UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLORIA LEONARES,

        NO. CIV. S-10-2012 LKK/KJM

    Plaintiff,

  v.

        O R D E R

WELLS FARGO BANK, N.A.;
WESTERN RECONVEYANCE
CORPORATION; and
DOES 1 to 100, inclusive,

    Defendants.
_____/

    Pending before the court in the above-captioned case is a motion to dismiss by defendant Wells Fargo Bank, N.A. The court does not find oral argument necessary in this matter. Accordingly, the hearing on the above motion currently set for December 6, 2010 is VACATED.

    IT IS SO ORDERED.

    DATED: November 30, 2010.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

1