1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

GLORIA LEONARES,

10
                                  NO. CIV. S-10-2012 LKK/KJM
11          Plaintiff,

12      v.
                                       O R D E R
13  WELLS FARGO BANK, N.A.;
    WESTERN RECONVEYANCE
14  CORPORATION; and
    DOES 1 to 100, inclusive,

15

16          Defendants.

17  _____/

18      On April 8, 2011, the court dismissed plaintiff's only federal

19  claim and ordered the parties to show cause as to why this case

20  should not be remanded to state court for lack of subject matter

21  jurisdiction. No parties responded to the order to show cause.

22  Accordingly, the court finds that this case no longer presents a

23  federal question, and it declines to exercise supplemental

24  jurisdiction over plaintiff's state law claims. 28 U.S.C.

25  § 1367(c)(3).

26  ////

1

1    For these reasons, the court REMANDS this case to state court.

2 The clerk of the court is directed to close this case.

3    IT IS SO ORDERED.

4    DATED:  May 24, 2011.

5

6

7                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
8                              UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26